No. 390, Misc. PETERS *v.* NEW YORK. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. *v.* HANSON ET AL. Appeal from the Supreme Court of Nebraska. The motion to continue this case to the next term is denied.

No. 545. IN RE GROBAN ET AL. Appeal from the Supreme Court of Ohio. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. Rule 16 (4). The parties are requested to discuss in their briefs and oral arguments this Court's jurisdiction to consider any questions raised by the possible applicability of *In re Murchison,* 349 U. S. 133, and *In re Oliver,* 333 U. S. 257, to the proceedings involved in this case. *Ernest B. Graham* for appellants. *Malcom M. Prine* for Paul, Sheriff, appellee.